# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00220-GCM

| | |
|---|---|
| SHAILESH PATEL, MEENA PATEL, **Appellants,** v. UNITED STATES SMALL BUSINESS ADMINISTRATION, MICHAEL MARTINEZ, SHELLEY K. ABEL, **Appellees.** | **ORDER** |

**THIS MATTER** comes before the Court on the Consent Motion to Dismiss (ECF No. 2). The Debtor-Appellants, Shailesh Patel and Meena Patel, named the United States Bankruptcy Administrator, Shelley K. Abel, and Michael L. Martinez, the Subchapter V Trustee, as parties to their bankruptcy appeal. All parties now agree that neither Abel nor Martinez is a necessary party in the appeal. The Debtor-Appellants ask the Court to dismiss them from the appeal.

**IT IS THEREFORE ORDERED** that the Consent Motion to Dismiss is **GRANTED**. Abel and Martinez are **DISMISSED** from the appeal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Abel and Martinez from electronic notice and service via CM/ECF.

**SO ORDERED**.

Signed: May 23, 2022

Graham C. Mullen
United States District Judge